# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08CV4582

Date Filed: 5/19/2008

Plaintiff:
**Robert F. Almeida and Robert F Almeida as the Assignee of Jaison Joseph**

vs.

Defendant:
**United States Department of Housing and Urban Development, and The Hon. Alphonso Jackson, as Secretary**

Received these papers to be served on **The United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N W, Washington, DC 20530.**

I, Marie Sniffen, being duly sworn, depose and say that on the **22nd day of May, 2008** at **2:00 pm**, I:

Deponent completed service by mailing a true copy of the **Civil Cover Sheet, Complaint In A Civil Action** in a postpaid envelope to the said address bearing the words "Personal & Confidential" by Certified Mail on **5/22/2008** and placed in an official depository of the U.S.P.S. in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 22nd day of May, 2008

NOTARY PUBLIC

Marie Sniffen

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, ____

Our Job Serial Number: 2008003814

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c