# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York



RECEIVED MAY 27 2008 USDC-WP-SDNY

Date Filed 5/19/2008

Index Number: 08CV4582

COPY

**Plaintiff:**
Robert F. Almeida and Robert F Almeida as the Assignee of Jaison Joseph

vs.

**Defendant:**
United States Department of Housing and Urban Development, and The Hon. Alphonso Jackson, as Secretary

Received these papers to be served on **The United States Attorneys Office, 300 Quarropas Street, White Plains, NY 10601**.

I, Gina Perriello, being duly sworn, depose and say that on the **21st day of May, 2008** at **11:02 am**, I:

served a **GOVERNMENT ENTITY** by delivering a true copy of the **Civil Cover Sheet, Complaint In A Civil Action** to: **Lloyd O'Reilly** as **Managing Agent** for **The United States Attorneys Office**, at **300 Quarropas Street, White Plains, NY 10601**, said individual stated that she/he was authorized to accept legal process.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 210, Hair: Black, Glasses: Y

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

_Gina Perriello_

Sworn to before me on the 21st day of May, 2008

_Ellen Eakley_
NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, ____

Our Job Serial Number: 2008003813

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c