MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. No.: (212) 637-2679
Fax No.: (212) 637-2717
E-mail: Jean-David.Barnea@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT F. ALMEIDA and ROBERT F. ALMEIDA as the assignee of JASON JOSEPH,<br><br>            Plaintiffs,<br><br>         -v-<br><br>THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and THE HON. STEVEN PRESTON,[*] as Secretary of the United States Department of Housing and Urban Development,<br><br>            Defendants. | ECF CASE<br><br>No. 08 Civ. 04582 (SCR)<br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of Defendants the United States Department of Housing and Urban Development and the Hon. Steven Preston, Secretary of Housing and Urban Development, and to add him as an Attorney to whom Notices of Electronic Filing should be transmitted in this case.

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), the Honorable Steven Preston is automatically substituted for the Honorable Alphonso Jackson as the Secretary of Housing and Urban Development.

            MICHAEL J. GARCIA
            United States Attorney for the
            Southern District of New York

         By:  /s/ Jean-David Barnea
            JEAN-DAVID BARNEA
            Assistant United States Attorney
            Telephone:  (212) 637-2679

TO: LOUIS U. GASPARINI, ESQ.
    Counsel for Plaintiffs
    Lynch Schwab PLLC
    75 South Broadway, 4th floor
    White Plains, NY 10601
    Tel. (914) 304-4353