

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 17, 2008

<u>BY FACSIMILE (914) 390-4179</u>
The Honorable Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

MEMO ENDORSED

*corrected JDB*

Re: <u>Almeida v. HUD</u>, 08 Civ. 4582 (SCR)

Dear Judge Robinson:

    I write respectfully on behalf of Defendants the United States Department of Housing and Urban Development and the Hon. Steven Preston, Secretary of Housing and Urban Development (substituted for Hon. Alphonso Jackson under FRCP 25(d)), to request an extension of time, from the current deadline of Monday, July 21, 2008 to Friday, August 15, 2008, to answer or otherwise respond to the complaint in the above-referenced action. I request this extension of time in order to obtain further information related to this action from the agency. No previous extensions have been requested or granted in this matter.

    I have spoken by telephone with Plaintiffs' counsel, Mr. Louis Gasparini, and he has consented to this extension.

    I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

**APPLICATION GRANTED**

*Stephen C Robinson*
HON. STEPHEN C. ROBINSON

7/17/08

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:*