

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 15, 2008

The Honorable Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

RECEIVED AUG 18 2008 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.

Re: <u>Almeida v. HUD</u>, 08 Civ. 4582 (SCR)

Dear Judge Robinson:

I write respectfully on behalf of Defendants the United States Department of Housing and Urban Development and the Hon. Steven Preston, Secretary of Housing and Urban Development, to provide the Court with a courtesy copy of Defendants' motion to dismiss the above-referenced action for lack of jurisdiction, filed and served today.

Per Section II.A.3 of Your Honor's Individual Practices, I have conferred with Plaintiffs' counsel regarding the <u>briefing schedule for this motion</u>, and we propose the following:

    Opposition           September 15, 2008
    Reply                September 29, 2008

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

**APPLICATION GRANTED**

*/s/ Stephen C. Robinson*
HON. STEPHEN C. ROBINSION  8/18/08

Enclosure